IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRA MOORE,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 21-05302 |
| | : | |
| **JANE DOE, et al.,** | : | |
| *Defendants.* | : | |

### ORDER

**AND NOW**, this **23rd** day of **March 2022**, upon consideration of Defendants Cheryl McKnight, Mark Gibson, and Mercy Catholic Medical Center's Second Motion to Dismiss (ECF No. 19), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Plaintiff's claims for punitive damages against Cheryl McKnight, CRNP, Mark Gibson, RN, and Mercy Catholic Medical Center are **DISMISSED WITH PREJUDICE**;

2. Plaintiff's claims of conspiracy to violate Plaintiff's constitutional and civil rights (Count V) against Cheryl McKnight, CRNP, Mark Gibson, RN, and Mercy Catholic Medical Center are **DISMISSED WITH PREJUDICE**;

3. Plaintiff's claims of intentional infliction of emotional distress (Count IV) against Cheryl McKnight, CRNP, Mark Gibson, RN, and Mercy Catholic Medical Center are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**