IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRA MOORE,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 21-05302 |
| | : | |
| **JANE DOE, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **5th** day of **January 2023**, upon consideration of Defendant's Motion for Sanctions (ECF No. 62), it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

1. Plaintiff's counsel has thirty (30) days from the date of this Order to present Plaintiff for deposition, either via video conference or within the prison.

2. Counsel for Moving Defendants must identify to the Court the reasonable expenses, including attorney's fees, related to the violations **no later than Friday, January 13, 2023 at Noon**.

3. Plaintiff's counsel has five (5) days from Moving Defendants' submission of reasonable expenses to respond, if necessary, to the amount of fees requested.

1

4. The Court will file a subsequent Order identifying the amount of expenses owed by Plaintiff's counsel to Moving Defendants and their counsel. Plaintiff's counsel must provide payment within fourteen (14) days from the date of that Order.

Counsel for Plaintiff and Moving Defendants must confirm to Chambers via email that they have read and understood this Order **by Monday, January 9, 2023 at Noon.**

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**