IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRA MOORE,** : | | CIVIL ACTION |
| *Plaintiff,* : | | |
| v. : | | NO. 21-05302 |
| : | | |
| **JANE DOE, et al.,** : | | |
| *Defendants.* : | | |

## ORDER

**AND NOW**, this **23rd** day of **January 2023**, following the Court's Order Granting Motion for Sanctions (ECF No. 78), and upon consideration of Moving Defendants' Bill of Costs (ECF No. 80) identifying to the Court the reasonable expenses, including attorney's fees, incurred as a result of Plaintiff's counsel's violations, and there having been no response,[1] it is hereby **ORDERED** that Moving Defendants and their counsel are awarded **$2,240** in attorney's fees to be paid by Plaintiff's counsel.

It is further **ORDERED** that, in accordance with the Court's January 5th Order (ECF No. 78), Plaintiff's counsel must provide payment on or before **February 6, 2023 at 12:00 p.m.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] Pursuant to the Court's January 5th order (ECF No. 78), Plaintiff's counsel had five days from Moving Defendants' submission of reasonable expenses to respond, if necessary, to the amount of fees requested. Moving Defendants filed their submission of reasonable expenses on January 13, 2023.

1