IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRA MOORE,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 21-05302 |
| | : | |
| **JANE DOE, et al.,** | : | |
| *Defendants.* | : | |

# ORDER

**AND NOW**, this **3rd** day of **February 2023**, upon consideration of Defendants Philadelphia Police Officers Lauren Bielski, Timothy Gibson, and Steven Farley's Motion to Dismiss (ECF No. 59), it is hereby **ORDERED** that the Motion is **GRANTED**, and all of Plaintiff's claims against Defendants Lauren Bielski, Timothy Gibson, and Steven Farley are **DISMISSED WITH PREJUDICE**.[1] Accordingly, the Clerk of Court is instructed to terminate Defendants Lauren Bielski, Timothy Gibson, and Steven Farley.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

---

[1] The only remaining claim in this matter is Plaintiff's state law medical malpractice claim against Medical Malpractice Defendants Mark Gibson, Cheryl McKnight, and Mercy Catholic Medical Center.

1