IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRA MOORE,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| v. | : | NO. 21-05302 |
| | : | |
| **JANE DOE, et al.,** | : | |
| *Defendants.* | : | |

# ORDER

AND NOW, this **18th day** of **April 2023**, upon consideration of Defendants Cheryl McKnight, Mark Gibson, and Mercy Catholic Medical Center's Motion for Summary Judgment (ECF No. 94)[1], it is hereby **ORDERED** that the Motion is **GRANTED**.

Accordingly, the Clerk of Court is hereby **ORDERED** to close the case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

---

[1] Plaintiff has failed to timely file a response to Defendants' motion, filed on February 9, 2023.

1